**Order filed August 1, 2017.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-17-00468-CV**

———————

## IN THE MATTER OF THE MARRIAGE OF DOMINIQUE DANAE WARREN AND ISAAC ALEXANDER WARREN AND IN THE INTEREST OF N.L.W., A CHILD

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-59627**

## O R D E R

This is an appeal from a judgment signed March 7, 2017. Appellant did file a timely post-judgment motion for new trial extending appellate timelines. *See* Tex. R. App. P. 26.1(a). The notice of appeal was due June 5, 2017. *See id.* Appellant, however, filed his notice of appeal on June 13, 2017, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be

implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM